**STATEMENT OF FACTS**

In April 2016, Special Agent Peter Kaupp, the undersigned affiant, was acting in an undercover capacity as part of the Federal Bureau of Investigation ("FBI") Child Exploitation Task Force. Acting as an undercover officer ("UC"), the undersigned affiant posted an online advertisement in a predicated area of the online website for classified advertisements, which, based on your affiant's experience and information gathered from other sources, is an area of the website that is frequented by individuals who have a sexual interest in children and incest. The advertisement was intended to attract individuals with a sexual interest in children through the use of adjectives such as "taboo."

On April 20, 2016, an individual, subsequently identified as Michael J. Bazis ("BAZIS") answered your affiant's advertisement, stating over email: "Taboo is such a nice, naughty word. I would love to discuss the possibilities. What specifics do you have in mind…I'm serious in my endeavors and won't waste your time." BAZIS stated that his name was "Mike." In response, your affiant emailed that "we are looking for someone to share a one night stand with," and informed BAZIS that your affiant has a purported 10-year-old daughter who "loves oral." BAZIS asked if your affiant's purported 10-year-old daughter has "had vaginal sex" yet, and your affiant replied yes. Your affiant and BAZIS then agreed to continue to communicate over KIK, a free texting application for mobile devices. BAZIS provided your affiant with his KIK username "anicefind."

On April 22, 2016, the conversation continued over KIK. Your affiant told BAZIS that he was "[l]ooking to meet with someone with similar interests[,] [s]hare my daughter." BAZIS replied, "[s]ounds very interesting," and stated that he has had "experience."

On April 27, 2016, your affiant and BAZIS continued to discuss your affiant's purported 10-year-old daughter. Your affiant asked BAZIS what he wanted to do with the child, and BAZIS replied, "[w]hatever you two are comfortable with[,] [w]hat do you want to see?" Your affiant responded, "watch her lick and suck your cock….[t]reat her like a slut," and BAZIS replied, "[s]ounds good to me…[u]ltimately fuck?" BAZIS texted, "I would love to tease her, make her want it." Your affiant replied, "[y]eah[,] [b]eg on her knees for your cock," and BAZIS stated, "I wouldn't deny her request for long…"

Your affiant asked BAZIS if BAZIS wanted to meet for a "drink before I take you to meet/fuck her[,] [m]ake sure each of us are legit." BAZIS replied, "[h]appy to meet for a beer." Your affiant responded, "[c]ool[,] if things go well we can meet her[,] if not, we can walk separate ways." BAZIS replied, "Sounds like a good idea[,] [l]et me know where and when."

On April 28, 2016, your affiant asked BAZIS if he had any "good pics to share," and in response, BAZIS sent two images to your affiant. The first image was of a girl, approximately 16-18 years old, lying naked on a raft in a pool. She's positioned on her knees, exposing her anus and genitalia. The second image is of a girl, approximately 16-18 years old, wearing only a pair of cut off jean shorts with her breasts exposed.

On April 30, 2016, BAZIS asked your affiant how your affiant's weekend was going, however your affiant did not respond back. The next time your affiant and BAZIS

communicated was on May 25, 2016, when your affiant messaged BAZIS to ask how he had been, and BAZIS responded back, "I'm well!"

On May 26, 2016, BAZIS texted your affiant, "Still interested in meeting," and your affiant then continued to communicate with BAZIS over KIK for the next several days.

Your affiant asked BAZIS what ages he was into, and BAZIS replied, "All ages." Your affiant asked BAZIS what he was "into," and BAZIS replied, "[o]ral, giving, receiving, very open-minded." Your affiant and BAZIS then engaged in the following conversation:

| | |
|---|---|
| UC: | What do you have in mind? |
| BAZIS: | Your original post said you were looking for another guy to join you, right? |
| UC: | Yep. |
| BAZIS: | I would love that |
| UC: | Still trying to get a sense of who/what you are looking for. I have a lot to risk, want to make sure you're safe |
| BAZIS: | I have a lot to risk too. Believe me, I'm very safe and ultra discreet. I'm open to any options/scenarios you have in mind. We talked about meeting for a beer to get acquainted. |
| UC: | Yeah. LOL might be a good idea. Let me know what you want so I know we are meeting for the right reason/same page. |
| BAZIS: | To get together with your daughter, right? |
| UC: | Yeah. You know how old she is? |
| BAZIS: | Yes…10 |
| UC: | …That's not too young for u?? |
| BAZIS: | It'll be the youngest so far. I've done 13. |
| UC: | How long ago was that |
| BAZIS: | Last year |

Your affiant asked BAZIS what sexual acts he engaged in with the 13-year-old child, and BAZIS replied, "[o]ral both ways and fucking too. Very hot." BAZIS asked your affiant "[w]hen would you like to meet," and your affiant told him "in the next week or two[,] [r] u in Virginia?" BAZIS replied back that he was in Silver Spring, and would "love to share a beer and stories…" BAZIS then texted your affiant two images of himself so that your affiant would know what BAZIS looked like when they met up.

On May 27, 2016, your affiant told BAZIS that your affiant would have your affiant's purported 10-year-old daughter on "Tuesday," that BAZIS seemed "real cool…would love to have you meet up with me and my girl," and asked BAZIS if he could travel to D.C. on Tuesday, May 31, 2016. BAZIS replied that he "should be able to," and then inquired of your affiant as to how the purported child reacted the first time your affiant "fucked" her. BAZIS then inquired if your affiant "cum[s] inside her now." Your affiant told BAZIS that your affiant was "not sure if she will want to fuck u but would be so hot[,] [s]he will suck you for sure," and BAZIS stated, "I would love to fuck too….She's gotta be very tight…I can provide lube too."

On May 30, 2016, BAZIS texted your affiant, "Still on for tomorrow…Woke up very horny this morning." Your affiant and BAZIS then engaged in the following conversation:

| | |
|---|---|
| UC: | Can't stop thinking of her and watching her suck u off. |
| BAZIS: | And hopefully more… |
| UC: | Yeah. What else you thinking? I'm cool with it as long as we are on the same page. |
| BAZIS: | Eating her pussy and fucking if she's okay with it. |
| UC: | So fucking hot. She gets real wet and loves getting licked. Let's play it by ear about fucking her. I want to see that but don't want to pressure her. Don't want to ruin a good thing. |
| BAZIS: | Mmmm….How about her little nipples, are they sensitive? Yeah, no pressure. |

BAZIS inquired if your affiant was "looking for a one-time thing, or something on-going, if possible." Your affiant told him "[o]ne time thing but if things go well I would like it to be ongoing." BAZIS replied, "I would like that too. It would be great."

On May 31, 2016, BAZIS texted your affiant to inquire about what time to meet and the location of the meet. Your affiant provided BAZIS with these details, and asked how long BAZIS can stay out. BAZIS replied "maybe 9," and your affiant stated, "[s]he should get you off quickly[,] [m]aybe you will cum more than once." BAZIS texted, "That would be awesome!" BAZIS subsequently texted that he was going to drop his daughter off at gymnastics in Maryland, and then travel to Washington, D.C. to meet your affiant.

On May 31, 2016, at approximately 6:10pm, BAZIS arrived at the pre-arranged location and approached your affiant. BAZIS asked your affiant if your affiant was Will, which was the name that your affiant had told him over KIK messenger. Your affiant told him yes, and BAZIS then sat down and began to engage in conversation with your affiant. BAZIS reiterated to your affiant that he traveled for your affiant's purported 10-year-old daughter. BAZIS inquired again if your affiant was a police officer, because if your affiant was a police officer, BAZIS stated that his "life would be over." Your affiant told BAZIS that your affiant was not a police officer, and the conversation continued. BAZIS stated that he would often search Craigslist advertisements for parents with access to young children. BAZIS stated that in the past he had met a father on Craigslist who had a 13-year-old daughter in the Washington D.C. area. BAZIS explained that he had sex with the father's 13-year-old daughter after meeting the father. Thereafter, BAZIS was placed under arrest by members of the Child Exploitation Task Force.

Search incident to arrest of BAZIS's person recovered a bag. Inside the bag was a tube of Astroglide, condoms, and a blue pill that appeared to be Viagra. BAZIS was identified by his Maryland driver's license.

BAZIS subsequently waived his rights and was interviewed by FBI Agent Ed Moschella and FBI Agent Elizabeth Farrell. The undersigned affiant spoke directly with Agent Moschella and Agent Farrell about BAZIS's post arrest statements, which are described below. BAZIS stated that he came to Washington, D.C. to turn your affiant into the police. BAZIS did confirm

that the blue pill found in his possession at the time of his arrest was Viagra. When BAZIS was confronted with the tube of Astroglide and condoms, BAZIS stated that he did not realize the condoms were in the bag and that the Astroglide was just to prove to your affiant that he was trustworthy.

    Subscribed and sworn to before me this _____ day of June, 2016.

_____       _____
SPECIAL AGENT PETER KAUPP          UNITED STATES MAGISTRATE JUDGE
FEDERAL BUREAU OF INVESTIGATION